JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
TIWANNA HATCHER

### DEFENDANTS
YWCA BETHLEHEM

**(b)** County of Residence of First Listed Plaintiff: **Michigan**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Northampton**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John S. Harrison, Esquire; Broughal & DeVito, L.L.P.
38 W. Market St., Bethlehem, PA 18018; 610-865-3664

Attorneys *(If Known)*
Paul G. Lees, Esquire; Dickie McCamey & Chilcote, PC
190 Brodhead Rd, Bethlehem, PA 18017; 484-510-7700

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — 310 Airplane | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 315 Airplane Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 345 Marine Product Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 360 Other Personal Injury | | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 362 Personal Injury - Medical Malpractice | | | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | **PERSONAL INJURY** — 365 Personal Injury - Product Liability | **LABOR** | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 862 Black Lung (923) | 890 Other Statutory Actions |
| 210 Land Condemnation | **PERSONAL PROPERTY** — 370 Other Fraud | 740 Railway Labor Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 371 Truth in Lending | 751 Family and Medical Leave Act | 864 SSID Title XVI | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 380 Other Personal Property Damage | 790 Other Labor Litigation | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 240 Torts to Land | 385 Property Damage Product Liability | 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | 896 Arbitration |
| 245 Tort Product Liability | **CIVIL RIGHTS** | | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 440 Other Civil Rights | **PRISONER PETITIONS** | 871 IRS—Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| | 441 Voting | **Habeas Corpus:** 463 Alien Detainee | | |
| | [x] 442 Employment | 510 Motions to Vacate Sentence | | |
| | 443 Housing/ Accommodations | 530 General | | |
| | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | |
| | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | |
| | | 555 Prison Condition | | |
| | | 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Sec. 2000e, et seq.; 42 U.S.C. Sections 1981, 1983

Brief description of cause:
Discrimination and Harassment on the Basis of Race, Retaliation and Violations of 42 U.S.C. Section 1981 through 1983

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** In excess of $150,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 01.24.2023

SIGNATURE OF ATTORNEY OF RECORD: John S. Harrison, Esquire

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE