**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TIWANNA HATCHER, | ) | |
|     Plaintiff | ) | Civil Action |
| | ) | |
| v. | ) | |
| | ) | No. 2:23-cv-00287 |
| YWCA BETHLEHEM, | ) | |
|     Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

Enter my appearance for Plaintiff Tiwanna Hatcher in the above-captioned matter.

                                            **BROUGHAL & DeVITO, L.L.P.**

Dated: 1/24/2023                        BY: /s/Erika A. Farkas
                                                                         **ERIKA A. FARKAS, ESQUIRE**
                                                                            Attorney I.D. No. 313686
                                                                             *Attorney for Plaintiff*
                                                                             38 West Market Street
                                                                             Bethlehem, PA 18018
                                                                             Telephone No.: (610) 865-3664
                                                                             Facsimile No.: (610) 865-0969
                                                                             Erikafarkas@broughal-devito.com