**Dickie, McCamey & Chilcote, P.C.**
By:  Paul G. Lees, Esquire  　　　　　　　　　　　　　　　Counsel for Defendant
Identification No. 68886
190 Brodhead Road, Suite 310
Bethlehem, PA 18017
Phone:  (484) 510-7697
Fax:  (888) 811-7144
_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIWANNA HATCHER | : | |
| | : | |
| Plaintiff | : | Civil Action No. 2:23-cv-00287 |
| | : | |
| v. | : | |
| | : | |
| YWCA BETHLEHEM | : | |
| | : | |
| Defendant | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

**TO THE PROTHONOTARY/CLERK OF SAID COURT**:

　　　　Please enter my appearance on behalf of **DEFENDANT, YWCA BETHLEHEM**, in the above-captioned action.

　　　　　　　　　　　　　　　　　　　　　　**DICKIE, McCAMEY & CHILCOTE, P.C.**

　　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　　　Paul G. Lees, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Date:  January 31, 2023

**Dickie, McCamey & Chilcote, P.C.**
By:  Paul G. Lees, Esquire                                              Counsel for Defendant
Identification No. 68886
190 Brodhead Road, Suite 310
Bethlehem, PA 18017
Phone:  (484) 510-7697
Fax:  (888) 811-7144
_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIWANNA HATCHER | : | |
| | : | |
| Plaintiff | : | Civil Action No. 2:23-cv-00287 |
| | : | |
| v. | : | |
| | : | |
| YWCA BETHLEHEM | : | |
| | : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing Praecipe for Entry of Appearance to be served on the date below by electronic filing and depositing the same in the United States Mail, first class, postage pre-paid, and addressed to the following:

John S. Harrison, Esquire
BROUGHAL & DEVITO LLP
38 West Market Street
Bethlehem, PA 18018-5703
lawyers@broughal-devito.com

**Dickie, McCamey & Chilcote, P.C.**

BY  _____
    Paul G. Lees, Esquire
    Attorney for Defendant

Dated: January 31, 2023