IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIWANNA HATCHER,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **YWCA BETHLEHEM,**<br>　　　　　**Defendant.** | **NO.  23-287** |

## NOTICE

　　A review of the Court's records shows that defendant, YWCA Bethlehem has not filed an answer or pleading in response to the complaint in the above-captioned case.

　　If Tiwanna Hatcher does not take any action in this case, the Court may enter an order dismissing the case against defendant, YWCA Bethlehem for lack of prosecution.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**